NUMBER 13-09-00603-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE: STEPHEN P. CARRIGAN 

AND THE CARRIGAN LAW FIRM, LLP

 


On Relators' Petition for Writ of Mandamus.

 


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam



 Relators, Stephen P. Carrigan and The Carrigan Law Firm, LLP, have filed a petition
for writ of mandamus with this Court alleging that respondent, the Honorable Lisa
Gonzales, presiding judge of the County Court at Law Number Two of Nueces County,
Texas, abused her discretion by setting a trial date of November 9, 2009 in trial court cause
number 2008-60805-2, styled Robert C. Hilliard and Hilliard and Munoz, LLP v. Stephen
P. Carrigan and The Carrigan Law Firm, LLP. On November 2, 2009, we ordered all
underlying proceedings stayed and requested a response from the real parties in interest,
Robert C. Hilliard and Hilliard and Munoz, LLP. The real parties in interest filed such a
response on November 4, 2009.

 This Court, having examined and fully considered the petition for writ of mandamus
and response thereto, is of the opinion that relators have not shown themselves entitled
to the relief sought and the petition should be denied. See Tex. R. App. P. 52.8(a). 
Accordingly, the petition for writ of mandamus is DENIED. Further, the emergency stay
of proceedings previously imposed by this Court in trial court cause number 2008-60805-2
is hereby LIFTED.


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 5th day of November, 2009.